IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**James Cornelius Moore, Jr.,**
    **Plaintiff,**                                           Civil Action No. 7:13-cv-00522

**v.**                                                               **ORDER**

**Brian Toney,**                                       By:     Norman K. Moon
    **Defendant.**                                           United States District Judge

In accordance with the written Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice**, pursuant to Fed. R. Civ. P. 41(b); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

       **ENTER**: This __22nd__ day of November, 2013.

                                                         _____
                                                         NORMAN K. MOON
                                                        UNITED STATES DISTRICT JUDGE